



EXHIBIT B

