

**Booking #:** 21888-2
**Age:** 23
**Gender:** Male
**Race:** African American
**Address:** MERIDIAN, MS
**Booking Date:** 07-06-2020 - 11:48 pm
**Release Date:** 07-07-2020 - 8:04 am
**Charges:**
ROBBERY

Note: The charges and bail amounts may change after court appearances and may not be current. Bond companies and persons wishing to post bail should contact the

EXHIBIT
C