OneContent: Generated By em8103

John C. Stennis Memorial Hospital
14365 Highway 16, West
DeKalb, MS 39328
769-486-1000

Final

## Emergency Department Chart

| | |
|---|---|
| Patient Name: PORTIS, KHIREY | Account Number: 2018900009 |
| Medical Rec. Number: 001259969 | Birthdate: ████████  Gender: M |
| Arrival Date: 07/07/2020 03:04 | Primary MD: |
| Visit Date: 07/07/2020 03:10 | Attending MD: SAMMY KRATZER FNP |

### Nursing Assessment

**PAIN**
Does not have any pain (Pain scale = 0/10). Pain education not applicable to this visit due to Death . (PM10) 07/07/2020 04:30

**OTHER ASSESSMENT FINDINGS**
Patient to Trauma room in full code status with asystole on cardiac monitor and I-Gel with bagging in progress. No vital signs/ signs of life. Patient las known well at midnight checks at Kemper County Detention Facility. See code sheet for details. Patient code called at 0249. 0300 called placed to coroner and no answer. Voice mail left. Law enforcement able to notify coroner. Coroner here at 0356. MORA notified. Case number 20070706633, spoke to Lindsey. Family to be notified by coroner or law enforcement. 0430 coroner and body left this facility. (PM10) 07/07/2020 02:35

### Nursing Continuation Notes - Refer to Orders section for all orders

On 100% FiO2 (PM10 07/07/2020 02:35)
via bagged mask assistance. (PM10 02:35)
Tibial intraosseous vascular access in the Right anterior shin established by 45mm IO (PM10 02:35)
Transferred from ambulance stretcher to bed # trauma. (PM10 02:35)

### Clinician History of Present Illness

Exam started at 02:33. 23 y/o BM presents to the ED via EMS in full cardiac arrest. Pt was in the Kemper County Jail, last seen well at midnight, found hanging in cell at 2 am. Pt was in cell alone. Has a hx of mental illness per police. CPR was initiated by Jail staff. EMS arrived and took over CPR and placed an I-gel airway. EMS was unable to obtain an IV or IO. Upon arrival to the ED, the pt was transferred from the EMS strecther to the trauma bed. Dr. Tarver, attending at UMMC was present on the telecart for telemergency consult. No VS. Asystole on the monitor. IO was placed to right proximal tibia. 7.5 ET tube was placed. No gag reflex. Vomitus noted. Color change noted on the Co2 detector. Lung sounds were heard bilaterally. C collar was placed. A total of 3 epis and 1 bicarb were given with no change on the monitor. Pt remained in asystole. Pupils were fixed and dialated. There were no obvious traumas, deformities, or abnormalities found on body when performing a complete head to toe assessment. Dr. Tarver suggested we stop resuscitation as pt had been known down for 49 minutes and pt had no change in status. Time of death called at 2:49. Some of the history is supplied by the ambulance crew. Some of the history was obtained from the police. Have reviewed and agree with RN note. It is unclear when the preseting problem started. suicide Lost palpable blood pressure prior to arrival. CPR started but arrives with no VS. Not viable on initial exam and no significant history is available. Presenting rhythm: Asystole. Has history of underlying medical condition. hanging (SEK1) 07/07/2020 02:33 Unwitnessed arrest. Event occurred out of the hospital. Full code status. Estimated down time was 49 minutes before resuscitative measures were begun. (SEK1) 07/07/2020 03:55 Unclear length of down time before any treatment was begun. Patient did not respond to any intervention. Not viable on initial exam and no significant history is available. Intubated. Unable to obtain further significant history at this point. Normal baseline functional status. Presenting rhythm: Asystole. (SEK1) 07/07/2020 03:56

### Past Medical History/Patient Problems



EXHIBIT

Patient reports, "No Known Problems" ( 09/04/2015 08:28)
Acute polymorphic psychotic disorder ( 08/22/2018 06:38)
Diastolic hypertension ( 10/19/2018 05:51)
Injury of forearm ( 10/11/2019 17:39)
Occasional drug abuser ( 12/13/2019 09:26)
Homeless family ( 09:26)
Chronic drug abuse ( 03/03/2020 17:46)
Decreased level of consciousness ( 19:34)
Suicide - hanging [Confirmed by SAMMY E KRATZER FNP on 07/07/2020 04:03:04.] (SEK1 07/07/2020 04:03)

### Social History

Other living situation; jail (SEK1) 07/07/2020 03:45

### Family History

No Relevant Family History. [PERIAN MILLER RN: 07/07/2020 06:09] (PM10) 07/07/2020 06:09

Print Date: 07/07/2020 06:30    Confidential Medical Record    Page 2 of 4

Patient: PORTIS, KHIREY    Encounter: 2018900009    Facility: J    Page 6 of 8

OneContent: Generated By em8103

John C. Stennis Memorial Hospital
14365 Highway 16, West
DeKalb, MS 39328
769-486-1000

Final

## Emergency Department Chart

Patient Name: PORTIS, KHIREY
Medical Rec. Number: 001259969
Arrival Date: 07/07/2020 03:04
Visit Date: 07/07/2020 03:10

Account Number: 2018900009
Birthdate: [redacted]   Gender: M
Primary MD:
Attending MD: SAMMY KRATZER FNP

### Physical Exam

GENERAL:
Patient is in profound distress during the exam. Patient appears to be stated age. Skin is cool. Overall well developed, well nourished individual. (SEK1) 07/07/2020 03:46

EYE EXAM:
fixed and dialated (SEK1) 07/07/2020 03:46

PULMONARY:
Breath sounds are absent . (SEK1) 07/07/2020 03:50

CIRCULATORY:
asytole (SEK1) 07/07/2020 03:47

NEUROLOGIC:
deceased (SEK1) 07/07/2020 03:48

SKIN:
Cool skin (SEK1) 07/07/2020 03:48 No rash. (SEK1) 07/07/2020 03:48

### Progress Notes

Attempted to obatin blood with anticipation to run labs. We were unable to obtain blood for lab. Police report pt had been in the Kemper County Jail since yesterday evening. It is unclear if pt had been evaluated by nurse yet. (SEK1) 07/07/2020 02:55

### Primary Diagnosis

Suicide - hanging (SEK1 07/07/2020 04:03)

### Disposition

Patient expired in the department at 07/07/2020 02:49:00 CDT. Condition at discharge - deceased. (SEK1) 07/07/2020 03:03 Electronically signed by SAMMY E KRATZER FNP. (SEK1) 07/07/2020 04:12 Condition: Death in department. (PM10) 07/07/2020 02:49 Patient pronounced dead by Attending MD; Sam Kratzer,CNP. Coroner (Ben Dudley) was contacted. Possible hanging resulting in death. Patient was a prisoner. MORA notified. Contact name of MORA representative: Lindsey. Patient identified as NOT a suitable donor by Organ Donation Center. Transported to funeral home (0430). No special circumstances IO removed at 0420 Patient physically left department and was removed from Tracking Board by PERIAN MILLER RN. (PM10) 07/07/2020 04:30 Electronically signed by PERIAN MILLER RN. (PM10) 07/07/2020 06:30

### Discharge Summary

Chief Complaint: Code.. Primary Diagnosis: Suicide - hanging.. Disposition Notes: Condition at discharge - deceased; Patient expired in the department at 07/07/2020 02:49:00 CDT; Electronically signed by SAMMY E KRATZER FNP.. Discharge Prescriptions: NO DATA AVAILABLE. ( 07/07/2020 06:30)

### CPT Codes

99052
99284

Print Date: 07/07/2020 06:30   Confidential Medical Record   Page 3 of 4

Patient: PORTIS, KHIREY   Encounter: 2018900009   Facility: J   Page 7 of 8

OneContent: Generated By em8103

John C. Stennis Memorial Hospital
14365 Highway 16, West
DeKalb, MS 39328
769-486-1000

Final

## Emergency Department Chart

| | |
|---|---|
| Patient Name: PORTIS, KHIREY | Account Number: 2018900009 |
| Medical Rec. Number: 001259969 | Birthdate: ▓▓▓▓▓▓   Gender: M |
| Arrival Date: 07/07/2020 03:04 | Primary MD: |
| Visit Date: 07/07/2020 03:10 | Attending MD: SAMMY KRATZER FNP |

**Staff Legend**
GT94  GABRIELLE TYSON RESP THERY
PM10  PERIAN MILLER RN
SEK1  SAMMY KRATZER FNP

Print Date: 07/07/2020 06:30    Confidential Medical Record    Page 4 of 4

Patient: PORTIS, KHIREY   Encounter: 2018900009   Facility: J   Page 8 of 8