# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS




14230909

### CERTIFICATE OF DEATH
STATE OF MISSISSIPPI

FILING DATE: 12/14/2020
STATE FILE NUMBER: 123-2020-034235

**DECEDENT'S LEGAL NAME:** KHIREY KEMARCUS PORTIS
**SEX:** MALE
**HOUR OF DEATH:** 02:49
**DATE OF DEATH:** 07/07/2020

**RACE:** Black or African American

**AGE AT LAST BIRTHDAY:** 23 Years
**DATE OF BIRTH:** 10/03/1996
**BIRTH PLACE:** MISSISSIPPI

**PLACE OF DEATH:** Hospital - Inpatient
**FACILITY NAME:** JOHN STENNIS MEMORIAL HOSPITAL (355)
**CITY/TOWN OR LOCATION OF DEATH:** DEKALB
**ZIP CODE:** 39328
**COUNTY OF DEATH:** KEMPER

**DECEDENT'S EDUCATION:** 9th grade or less / some high school (checked box area)

**MARITAL STATUS AT TIME OF DEATH:** Never Married
**WAS DECEDENT EVER IN U.S. ARMED FORCES:** NO

**USUAL OCCUPATION:** FAST FOOD
**KIND OF BUSINESS/INDUSTRY:** RESTAURANT INDUSTRY

**RESIDENCE - STATE:** MISSISSIPPI
**COUNTY:** LAUDERDALE
**CITY/TOWN:** MERIDIAN
**ZIP CODE:** 39308
**STREET AND NUMBER:** 2603 34TH AVE APT 4A
**INSIDE CITY LIMITS:** YES

**FATHER'S/PARENT'S NAME:** SANTONIO PORTIS
**MOTHER'S/PARENT'S NAME:** MARY A ROWRY

**INFORMANT'S NAME:** MARY A ROWRY
**RELATIONSHIP TO DECEDENT:** MOTHER
**MAILING ADDRESS:** 2603 34TH AVE APT 4A MERIDIAN MS 39308

**DISPOSITION OF BODY:** BURIAL
**CEMETERY/CREMATORY:** DALEVILLE CEMETERY
**LOCATION:** DALEVILLE, MISSISSIPPI
**FUNERAL DIRECTOR:** ELECTRONICALLY SIGNED BY JOYCE W. MCDONALD F15-1873

**FUNERAL HOME:** W. E. MCDONALD'S FUNERAL HOME (355)
**LICENSE NUMBER:** FH 9451
**MAILING ADDRESS:** P. O. BOX 517, DEKALB, MS 39328

**PRONOUNCED DEAD ON:** 07/07/2020

**NAME OF CERTIFIER:** BEN DUDLEY
**MAILING ADDRESS:** POB 188, DEKALB, MS 39328

**ELECTRONICALLY SIGNED BY:** MARK LEVAUGHN, MD
**TITLE:** CHIEF MEDICAL EXAMINER
**DATE SIGNED:** 09/22/2020
**STATE LICENSE NUMBER:** 21488

**ELECTRONICALLY SIGNED BY:** BEN DUDLEY, DMEI
**TITLE:** KEMPER COUNTY DEPUTY CORONER
**DATE SIGNED:** 12/14/2020

**CAUSE OF DEATH:**
IMMEDIATE CAUSE: LIGATURE STRANGULATION
DUE TO: HANGING
UNDERLYING CAUSE:

**POSTMORTEM EXAMINATION:** YES
**POSTMORTEM EXAMINATION FINDINGS AVAILABLE:** YES
**REFERRED TO STATE MEDICAL EXAMINER:** YES

**DID TOBACCO USE CONTRIBUTE TO DEATH:** No

**MANNER OF DEATH:** SUICIDE
**DATE OF INJURY:** 07/07/2020
**TIME OF INJURY:** UNKNOWN
**DESCRIBE HOW INJURY OCCURRED:** SUSPECTED SELF-INFLICTED LIGATURE STRANGULATION

**INJURY AT WORK:** NO
**PLACE OF INJURY:** KEMPER/NESHOBA REGIONAL CORRECTIONAL FACILITY
**LOCATION:** 174 STENNIS INDUSTRIAL PARK RD, DEKALB, MS




12/23/2020

Judy Moulder
STATE REGISTRAR

**WARNING:** REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.





VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW