John C. Stennis Memorial Hospital
14365 Highway 16, West
DeKalb, MS 39328
769-486-1000

Final

## Emergency Department Chart

| | |
|---|---|
| Patient Name: PORTIS, KHIREY | Account Number: 2018900009 |
| Medical Rec. Number: 001259969 | Birthdate: [redacted]  Gender: M |
| Arrival Date: 07/07/2020 03:04 | Primary MD: |
| Visit Date: 07/07/2020 03:10 | Attending MD: SAMMY KRATZER FNP |

### Vital Signs/Data

| Time | Staff | Temperature | Pulse | Respiration | Blood Pressure | Pulse Oximetry | Pain |
|---|---|---|---|---|---|---|---|

Glasgow Coma Scale
Initial Glasgow Score is 3 (No vocalization; No motor response; No eye opening) - profound obtundation/coma. (PM10 07/07/2020 02:35)
Initial Glasgow Score is 3 (No vocalization; No motor response; No eye opening) - profound obtundation/coma. (PM10 02:35)

### Allergies

No Known Allergies ( 04/18/2012 13:30)

### Chief Complaint

Code (SEK1 07/07/2020 03:54)

### Triage

ESI 1 (PM10 07/07/2020 02:35)
Glascow Coma Scale 3 (PM10 02:35)
Glascow Coma Scale 0 (PM10 02:35)
Full Cardiac and Respiratory Arrest (PM10 02:35)
Down time estimated at last seen well at midnight. Ambulance company got dispatched at 0200 and reports that CPR was in progress on arrival to prison. Ambulance did I-gel and did compressions and breaths per bag. Patient arrived to trauma room at 0235 with full code in progress. minutes. (PM10 02:35)
Down time estimated at Patient was found hanging in cell and EMS initiated at 0200. minutes. (PM10 02:35)
Code risk (LOW) - previously healthy individual. (PM10 02:35)
Full code in progress (PM10 02:35)
Trauma evaluation. (PM10 02:35)
Arrives with assisted breathing. (PM10 02:35)
CPR on arrival. (PM10 02:35)
Flat line on arrival. (PM10 02:35)
Rhythm on arrival EMS notified @0200 that patient was found hanging in jail cell at 0200. Last known well at midnight check.
Patient in asystole. (PM10 02:35)
Patient is triaged directly to Main ED. (PM10 02:35)

### Trauma Score

The Trauma Score is: 0 (Glasgow score of 3 (0); Respiratory rate of 0 (0); Systolic BP of 0 (0) ). (PM10 07/07/2020 02:35)

### Current Medications

1) 11/23/2018 02:55   oxcarbazepine Oral 300 mg Dose: 1 tablet 2 times per day
2) 11/23/2018 02:56   olanzapine Oral 10 mg Dose: 1 tablet Every day
3) 10/11/2019 17:39   ketorolac Oral 10 mg Free Text SIG: take 1 tablet (10 mg) by oral route every 4-6 hours not to exceed 40 mg in 24hrs

### Nursing Assessment

PULMONARY
No spontaneous respiration Receiving bagged airway assistance Oral airway in place. Receiving 100% O2. ABNORMAL pulmonary exam: Apneic - no spontaneous breathing. Oral endotracheal airway in place. Airway suctioned - had return of vomitus and food particles from suctioning (PM10) 07/07/2020 02:35

CIRCULATORY/CARDIAC
Asystole on arrival. No blood pressure on arrival. No audible heart sounds. (PM10) 07/07/2020 02:35

NEUROLOGIC
Can't evaluate No history of seizure activity. R+L = Dilated R+L = Round R+L = Fixed (PM10) 07/07/2020 02:35

Print Date: 07/07/2020 06:52          Confidential Medical Record          EXHIBIT F          Page 1 of 4

Patient: PORTIS, KHIREY   Encounter: 2018900009   Facility: J   Page 1 of 8