## AFFIDAVIT OF MARY ROWRY

STATE OF MISSISSIPPI
COUNTY OF Lauderdale

I, Mary Rowry, swear that the statements found hereto are true and I have personal knowledge of these facts, and am competent to make this affidavit.

1. I am an adult citizen of the county and state of Lauderdale County Mississippi and I have personal knowledge regarding the facts stated herein and I am competent to make this affidavit.

2. The deceased, Khirey Portis was/is my son, and on or around April 15, 2020 there was a knock on my house door by a Meridian Police Officer. When I opened the door to see that my son Khirey Portis was in the custody of the Meridian Police Department, I was asked if Khirey Portis was my son. I said yes.

3. That Meridian Police officer then said that my son was arrested because he was exposing himself in the public and that a person called 911 about that exposure which caused the arrest.

4. I swear that I was confused as to why the Meridian Police brought my arrested son to me when they have on other occasions taken my son to jail.

5. The Officer then said I am leaving Khirey with me, and from there I asked for a ride to Alliance Health Center to get my son some mental help. That Officer said let me check with my supervisor, and he then said another Officer was on the way to transport me and my son to the mental institution.

EXHIBIT G

Page 1 of 2

6. Then Officer Michael Allen came and placed me and my son on the back seat of his patrol car and drove us to Alliance Health. That officer then drove off.

7. I further swear that on July 6, 2020 Meridian Police never called me to say that they have arrested my son, nor did the Meridian Police Department bring my son home to me as they did April 15, 2020.

8. Also, I did not learn of my son's death until the day that he was already dead from hanging in Kemper County Detention Center.

9. Additionally, I could not find any record about my son's arrest and detention on Meridian Policy Department website of arrested and detained persons.

10. According to the charged party case history dated July 8, 2020 which is a day after my son Khirey Portis hanging death, there is no record that Meridian Police arrested retained nor transported my son to Kemper County Detention Center, yet alone any record of my son receiving his required Schizophrenia paranoid medicine, that if taken could have prevented the hanging of my son.

Mary ROWNY 2-10-2022

Sworn this date February 10, 2022

Rebecca A Brand

[Notary Seal: STATE OF MISSISSIPPI, REBECCA J. BRAND, NOTARY PUBLIC, Newton County, Commission Expires March 18, 2026, COMMISSION NUMBER 12235]

My commission: March 18, 2026

Signed this the ___ day of December 23, 2023