Alliance Health Center
5000 Highway 39 North
Meridian, MS 39301

PATIENT          PORTIS, KHIREY          MRN:  501-000087939
ADMIT DATE       04/15/2020              ACCT: 10531210010
DISCHARGE DATE   04/21/2020              DOB

## DISCHARGE SUMMARY

**ADMISSION DIAGNOSES:**
**Psychiatric Diagnoses:**
1. Schizophrenia, paranoid type.
2. Posttraumatic stress disorder.
3. Sexual assault victim by father.
4. Sexually acting-out precaution.

**Medical Diagnoses:** Insomnia.
**Psychosocial and Contextual Factors:** Homeless, noncompliant with medications and followup treatment, acute psychosis.
Admission GAF 25.

**DISCHARGE DIAGNOSES:**
**Psychiatric Diagnoses:**
1. Schizophrenia, paranoid type.
2. Posttraumatic stress disorder.
3. Sexual assault victim by father.
4. Sexually acting-out precaution.

**Medical Diagnoses:** Insomnia
**Psychosocial and Contextual Factors:** Homeless, noncompliant with medications and outpatient followup, acute psychosis.

**PROGNOSIS:** Fair. Prognosis is contingent upon patient's compliance with medications and recommended followup.

**HISTORY OF PRESENT ILLNESS:** This is a 23-year-old African-American male admitted to Alliance Health Center's Adult Psychiatric Unit. The patient presents on a 72-hour hold with disorganized thoughts, withdrawn, confused and paranoid. The patient was drowsy due to receiving a p.r.n. injection on the night of admission because of behavior outburst. The patient states, "I had a fight with some people when I came in." The patient was placed on a 72-hour hold on admission due to psychosis and paranoia. He was taken by the CIT officer and became aggressive, so he was brought to Alliance. The patient has a history of aggressive behavior, and per intake, he was sexually inappropriate with a peer and was masturbating at the roommate's bed last night. The patient refused the assessment last night by the nurse. The patient was at Weems in 2020, CMRC in 2018 and 2019, and has a history of physical and sexual abuse by father. He was using methamphetamine daily, last use was 04/13/2020, and marijuana daily, last use was 04/13/2020. He was subsequently admitted for evaluation, treatment and stabilization.

**CURRENT MEDICATIONS:** Haldol and Cogentin.
**FAMILY HISTORY:** Paternal grandfather and father were alcoholics. Paternal aunt had


EXHIBIT
H

PATIENT NAME: PORTER, [REDACTED]
MEDICAL RECORD #: 501-000087939

Page 2

## DISCHARGE SUMMARY

schizophrenia.

**MENTAL STATUS EXAMINATION:** Generally, this is a well-developed, well-nourished, 23-year-old African-American male, who is disheveled in appearance. His behavior is guarded and withdrawn. Motor activity is within normal limits. Affect is constricted. Mood is depressed. Speech and Language: Tone and rate is rambling and disorganized. Thought process was noted for thought blocking and loose associations. Thought Content: He was paranoid, delusional, and positive for obsessions, and believes people can control his mind and read his thoughts. He was denying suicidal or homicidal ideations. He does have a history of hitting himself. He was positive for auditory hallucinations, hearing voices and having mind control. He was oriented to person and place. His concentration and attention span were impaired. Recent memory was impaired with recall of 0/3 in 3 minutes. Remote memory was impaired. Patient was a poor historian. Abstract reasoning was unable to be assessed related to the patient's delusional thought content. General fund of knowledge is felt to be average based on conversation and vocabulary used. Judgment and insight were poor.

**PHYSICAL EXAMINATION:** Physical examination reveals a 23-year-old African-American male with **NO KNOWN DRUG ALLERGIES.** Vital signs at the time of admission were temperature 98.9 degrees Fahrenheit, pulse 111, respirations 18, blood pressure 163/65, weight was 134 pounds, height was 5 feet 7 inches. Physical examination was positive for insomnia.

**LABS, X-RAYS AND CONSULTANT FINDINGS:** Urine drug screen was positive for amphetamine, methamphetamine. CBC with platelet and differential was unremarkable. Comprehensive chemistry was unremarkable. Lipid panel was within normal limits. TSH was within normal limits. Valproic acid level on 04/21/2020 was 78.

**TREATMENTS RENDERED AND HOSPITAL COURSE:** This patient was admitted to Alliance Health Center's Adult Psychiatric Unit. We engaged the patient in unit programming such as group therapy, individual therapy and activity therapy. We provided targeted treatment via pharmacotherapy.

The patient presented to the unit with behavioral outburst. He was started on a regular diet, placed on 15-minute checks with assault precaution, suicide precaution, sexually acting out precaution. Dr. Harman was consulted for medical backup. He was ordered routine laboratory work including comprehensive chemistry, CBC with platelet and differential, urinalysis with C and S if indicated and urine drug screen. He was started on routine p.r.n. medications and routine vital signs. In addition, on admission, he was given Ativan 2 mg IM, Haldol 5 mg IM. He was also started on trazodone 100 mg at bedtime p.r.n. for sleep. On 04/16/2020, the patient was started on Haldol 10 mg b.i.d., it was discontinued, and on 04/16/2020, he was started on Invega 6 mg b.i.d. On 04/16/2020, the patient was started on Haldol 10 mg b.i.d. On 04/16/2020, he was also started on Depakote ER 1000 mg at bedtime. On 04/18/2020, the patient was given Zyprexa 10 mg IM x1 dose for psychosis. On 04/21/2020, he was started on Haldol Decanoate 100 mg IM once a month and Cogentin 1 mg b.i.d.

On 04/17/2020, the patient was seen in the hallway, still with psychosis and was responding to internal stimuli. He was with a flat affect and guarded. He does not leave his room. The patient was compliant

## DISCHARGE SUMMARY

with medications. He was still with psychosis, but not acting-out aggressively. On 04/20/2020, the patient was seen in his room, denying auditory or visual hallucinations, and states he wants to go home. The patient was spoken to about his medication and compliance. The patient was educated that his 72-hour hold would be lifted in the day. The patient by 04/21/2020 was seen and his 72-hour hold had been lifted. The patient was medication compliant and was without emotional or behavioral dyscontrol on the unit since admission. The patient did agree to take Haldol injection monthly. He was subsequently discharged on 04/21/2020 with outpatient followup.

**CONDITION AT THE TIME OF DISCHARGE:** This patient was stabilized and subsequently discharged. At the time of discharge, he was medication compliant. He was denying suicidal or homicidal ideations.

**DISCHARGE RISK ASSESSMENT:** The patient's prognosis is contingent upon his compliance with medications and recommended followup.

**DISCHARGE SUICIDE RISK ASSESSMENT:** The patient's risk status is similar to that of his peers. His risk state is lower than that of his peers.

**DISCHARGE INSTRUCTIONS AND AFTERCARE PLANS:** He was to resume all normal activities, resume a regular diet, and follow up with Weems Mental Health Center in Meridian on 04/23/2020 at 08:00 a.m.

**DISCHARGE MEDICATIONS:**
1. Cogentin 1 mg b.i.d.
2. Depakote ER 1000 mg at bedtime.
3. Haldol 10 mg b.i.d.
4. Haldol Decanoate 100 mg IM once a month.
5. Trazodone 100 mg at bedtime.

There is no pharmacy listed where medications were e-scribed.

Electronically signed by Emily Davis, RN on 5/6/2020 10:07:09 AM

Electronically signed by John Wilkaitis, MD on 5/12/2020 8:03:21 AM

DD: 5/4/2020 14:27
DT: 5/5/2020 04:51
Job# 211927943