### Teen charged with murder found dead in jail cell: Report



**Justin Vicory**
Mississippi Clarion Ledger

A 17-year-old teen charged with murder was found dead in his jail cell in Kemper County Sunday evening.

Authorities found the unidentified teen in his jail cell in Kemper-Neshoba County Regional Correctional Facility at about 8 p.m., local media reported.

The cause of death has yet to be released. Kemper County Coroner Terry Bostick was not immediately available for comment.

The teen had been charged in the shooting death of Trent Clemons, 29, on July 15. Clemons was shot twice in the head, Sheriff James Moore told the Meridian Star.

Two other people in the case are facing accessory after-the-fact to murder charges, Michael Robinson, 25, and Isaiah Dixon, 19.

WTOK-TV reported Moore said the teen never displayed signs that he wanted to harm himself and was not put on suicide watch.

**EXHIBIT I**

**Investigation:** Man shot, killed on Sunset Drive in Jackson, police say

"To be fair to the person that's deceased, we need to get everybody that's involved in this. We are going to continue to work to do that. If we find evidence to prove that others are involved, then we will certainly charge them, as well," the sheriff said.

It is unclear how the teen's death will affect the case against the other two suspects, the station reported.

"We still have to go on with the case that we have. It doesn't excuse the fact that these two brothers were accessories after the fact to murder. They still have to have their day in court," Moore said.

The Kemper-Neshoba County jail is a medium-security facility that acts as both a prison and a jail housing long-term state commitments and short-term inmates who are awaiting trial.

Contact Justin Vicory at 769-572-1418 or jvicory@gannett.com. Follow @justinvicory on Twitter.